RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM DISCHBEIN, JR., and MONIQUE DISCHBEIN, husband and wife,

Plaintiffs,

vs

JUDITH REGGINA, Executor of THE ESTATES OF JOSEPH SEGALL and MARILYN SEGALL, husband and wife; DOES I through X, inclusive,

Defendants.

Case No: 2:12-cv-00757-PMP-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between KEITH E. GALLIHER, JR., ESQ. of THE GALLIHER LAW FIRM, attorney for Plaintiffs, WILLIAM DISCHBEIN, JR., and MONIQUE DISCHBEIN; RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, JUDITH REGGINA, EXECUTOR OF THE ESTATES OF JOSEPH SEGALL and MARILY SEGALL, and ALAN W. WESTBROOK, ESQ., of the law firm of PERRY & WESTBROOK, co-counsel for Defendant, JUDITH REGGINA, EXECUTOR OF THE ESTATES OF JOSEPH SEGALL and MARILY SEGALL, that the within matter be dismissed,

///

///

///

///

///

DENNETT WINSPEAR
ATTORNEYS AT LAW

with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 8-29-12

THE GALLIHER LAW FIRM

By ______________________
**KEITH E. GALLIHER, JR., ESQ.**
Nevada Bar No. 000220
1850 E. Sahara Avenue, #107
Las Vegas, Nevada 89104
***Attorney for Plaintiffs, WILLIAM DISCHBEIN, JR., and MONIQUE DISCHBEIN, husband and wife***

DATED: 11 Sept. 2012

DENNETT WINSPEAR, LLP

By ______________________ #11311 for
**RYAN L. DENNETT, ESQ.**
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 105
Las Vegas, Nevada 89129
***Attorney for Defendant, JUDITH REGGINA, Executor of the Estates of Joseph and Marilyn Segall, husband and wife***

PERRY & WESTBROOK

By ______________________
**ALAN W. WESTBROOK, ESQ.**
Nevada Bar No. 006167
1701 W. Charleston Blvd., #200
Las Vegas, Nevada 89102
***Co-counsel for Defendant, JUDITH REGGINA, Executor of the Estates of Joseph Segall and Marilyn Segall, husband and wife***

**ORDER**

IT IS SO ORDERED this 12th day of September, 2012.

______________________
PHILIP M. PRO, U.S. DISTRICT JUDGE

DENNETT WINSPEAR
ATTORNEYS AT LAW